IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02165-MSK-MEH

ANDREW GORDON GODFREY,
SUSAN DIANE GODFREY,
EVAN DAVID GODFREY,
MATTHEW RYAN GODFREY,
HILLSIDE CHURCH INTERNATIONAL, a Colorado non-profit organization, and
RIVER CHURCH INTERNATIONAL, a California non-profit organization,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and
GREGORY W. CHRISTIAN, in his official capacity as Acting Director of Nebraska Service Center,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2007.**

    Plaintiff's Motion for Leave to File First Amended Complaint [Filed December 4, 2007; Docket #18] is **denied without prejudice**. First, Plaintiffs have not conferred with Defendant prior to filing this motion as required by Local Rule 7.1.A. Second, and more importantly, court approval is unnecessary for Plaintiffs to file a First Amended Complaint because Defendants have not yet answered the Original Complaint. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ).