IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02165-MSK-MEH

ANDREW GORDON GODFREY,
SUSAN DIANE GODFREY,
EVAN DAVID GODFREY,
MATTHEW RYAN GODFREY,
HILLSIDE CHURCH INTERNATIONAL, a Colorado non-profit organization, and
RIVER CHURCH INTERNATIONAL, a California non-profit organization,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and
GREGORY W. CHRISTIAN, in his official capacity as Acting Director of Nebraska Service Center,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 14, 2008.**

The Joint Motion for Briefing Deadlines in Lieu of a Scheduling Order [Filed January 11, 2008; Docket #30] is **granted in part** and **denied in part** as specified herein.

The Scheduling Conference set for January 22, 2008, at 9:30 a.m. is **converted** to a telephonic status conference. Counsel are directed to conference together and contact Chambers at (303) 844-4507 at the designated time to discuss the timing of a briefing schedule.