IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02165-MSK-MEH

ANDREW GORDON GODFREY,
SUSAN DIANE GODFREY,
EVAN DAVID GODFREY,
MATTHEW RYAN GODFREY,
HILLSIDE CHURCH INTERNATIONAL, a Colorado non-profit organization, and
RIVER CHURCH INTERNATIONAL, a California non-profit organization,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and
GREGORY W. CHRISTIAN, in his Official Capacity as Acting Director of Nebraska Service Center,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss **(#40)** filed February 5, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 5th day of February, 2008.

                                             **BY THE COURT:**

                                             *[signature: Marcia S. Krieger]*

                                             Marcia S. Krieger
                                             United States District Judge